# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GALLERY CORP., d/b/a | ) | Case No. 07-11628(KG) |
| MATTRESS GALLERY, | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER DIRECTING MEDIATION

IT IS HEREBY ORDERED that the issues relating to Kimco Securities Corporation, raised by the Debtor and the Official Committee of Unsecured Creditors is hereby referred to mediation with the Honorable Brendan Linehan Shannon, U.S.B.J. Counsel for the Debtor shall call Judge Shannon's Chambers to schedule the mediation.

Dated: March 26, 2008

KEVIN GROSS, U.S.B.J.